IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Real Value, LLC ) | |
| ) | Case No. 24-cv-4129 |
| v. ) | |
| ) | Judge: Hon. Matthew F. Kennelly |
| THE PARTNERSHIPS and ) | |
| UNINCORPORATED ASSOCIATIONS ) | |
| IDENTIFIED ON SCHEDULE A ) | |
| ) | |

**PRELIMINARY INJUNCTION ORDER**

Plaintiff Real Value, Inc. ("Real Value") filed a Motion for Entry of a Preliminary Injunction against the against the fully interactive, e-commerce stores[1] operating under the seller aliases identified in Schedule A to the Complaint and attached hereto (collectively, "Defendants") and using at least the domain names identified in Schedule A (the "Defendant Domain Names") and the online marketplace accounts identified in Schedule A (the "Online Marketplaces"). After reviewing the Motion and the accompanying record, this Court GRANTS Real Value's Motion in part as follows.

This Court finds Real Value has provided notice to Defendants in accordance with the Temporary Restraining Order entered June 13, 2024, DOCKET #19 ("TRO"), and Federal Rule of Civil Procedure 65(a)(1).

This Court also finds, in the absence of adversarial presentation, that it has personal jurisdiction over Defendants because Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Real Value has provided a basis to conclude that Defendants have targeted sales to Illinois residents by setting up and operating

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces.

e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing and counterfeit versions of Real Value's federally registered trademarks (the "Real Value Trademarks") to residents of Illinois. In this case, Real Value has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the Real Value Trademarks. *See* Docket No. 17, which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the Real Value Trademarks.

This Court also finds that the injunctive relief previously granted in the TRO should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of Real Value's previously granted Motion for Entry of a TRO establishes that Real Value has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that Real Value will suffer irreparable harm if the injunction is not granted.

Specifically, Real Value has proved a *prima facie* case of trademark infringement because (1) the Real Value Trademarks are distinctive marks and are registered with the U.S. Patent and Trademark Office on the Principal Register, (2) Defendants are not licensed or authorized to use any of the Real Value Trademarks, and (3) Defendants' use of the Real Value Trademarks is causing a likelihood of confusion as to the origin or sponsorship of Defendants'

2

products with Real Value. Furthermore, Defendants' continued and unauthorized use of the Real Value Trademarks irreparably harms Real Value through diminished goodwill and brand confidence, damage to Real Value's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, Real Value has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. Accordingly, this Court orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be preliminarily enjoined and restrained from:

    a. using the Real Value Trademarks or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Real Value product or not authorized by Real Value to be sold in connection with the Real Value Trademarks;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Real Value product or any other product produced by Real Value, that is not Real Value's or not produced under the authorization, control, or supervision of Real Value and approved by Real Value for sale under the Real Value Trademarks;

    c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of Real Value, or are sponsored by, approved by, or otherwise connected with Real Value; and

    d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Real Value, nor authorized by Real Value to be sold or offered for sale, and which bear any of Real Value's trademarks, including the Real Value Trademarks, or any reproductions, counterfeit copies, or colorable imitations.

2. Defendants shall not transfer or dispose of any money or other of Defendants' assets in any of Defendants' financial accounts.

3. The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, and the domain name registrars, including, but not limited to, GoDaddy Operating Company LLC, Name.com, PDR LTD. d/b/a/ PublicDomainRegistry.com, and Namecheap Inc., within seven (7) calendar days of receipt of this Order or prior to the expiration of this Order, whichever date shall occur first, shall disable the Defendant Domain Names and make them inactive and untransferable until further order by this Court.

4. Upon Real Value's request, Defendants and any third party with actual notice of this Order who is providing services for any of Defendants, or in connection with any of Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc., AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc., ContextLogic Inc. d/b/a Wish.com ("Wish.com"), and Dhgate (collectively, the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to Real Value expedited discovery, limited to copies

of documents and records in such person's or entity's possession or control sufficient to determine:

a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Inc. ("PayPal"), Alipay, Wish.com, Alibaba, Ant Financial Services Group ("Ant Financial"), Amazon Pay, Payoneer, Stripe, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

5. Upon Real Value's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 4, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the Real Value Trademarks.

6.     Any Third Party Providers, including PayPal, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, Payoneer, Stripe, shall, within seven (7) calendar days of receipt of this Order:

   a. locate all accounts and funds connected to Defendants' seller aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, and any e-mail addresses provided for Defendants by third parties; and

   b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court.

7.     Real Value may provide notice of the proceedings in this case to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Pleadings, this Order, and other relevant documents on a website and by sending an e-mail with a link to said website to the e-mail addresses provided for Defendants by third parties. The Clerk of the Court is directed to issue a single original summons in the name of "Sokia and all other Defendants identified in the Operative Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

8.     Plaintiff's Pleading(s) DOCKET NO. 2 and Exhibits 1-3 thereto, DOCKET NO. 4, DOCKET NO. 9 and Exhibits 1-26 thereto, and the TRO DOCKET NO. 19 are unsealed.

9. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

10. The $10,000 bond posted by Real Value shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

SO ORDERED:

_____
Matthew F. Kennelly
United States District Judge

Dated: 7/15/2024

Schedule A

| Doe | Store Name | Merchant ID |
|---|---|---|
| 1 | Sokia | A10XKLS1TMPAY9 |
| 2 | Xmxhmb | A12ZRDGIZAGGOH |
| 3 | SHIUSHING | A149XFXSNL6W1X |
| 4 | dongguanzhengxi | A14PXV8MC8SJ5R |
| 5 | ShiPinB | A14ZQF8XMXU6H8 |
| 6 | Drinkware Designs | A154W6VGKT21N6 |
| 7 | Duvisi | A1583K0YCY3QO0 |
| 8 | XuJiaQiangDP | A16Z061ID171NG |
| 10 | hlwenaew9875 | A19YLMZ5Q9M6YV |
| 12 | SuTo store | A1AMRMYKVBKBE |
| 13 | lililieee | A1BOEBT8G42685 |
| 14 | Pandance Direct | A1CL45WRBWALXC |
| 15 | E-C Mega Store | A1D6PJ9HVXZBIQ |
| 16 | AQUASHIELDING | A1E0Z7L6RBJNX2 |
| 17 | Abdul Jalloh. | A1FA7TIF544KSN |
| 18 | Independent designer | A1FSR65MTH2000 |
| 19 | XiYongB | A1JV4C5DN1SHOU |
| 20 | Butter Cat | A1N8T2Y1X3NPWE |
| 21 | PtPade | A1NCJM47R6ZGUP |
| 22 | Qiaochengqujingyinfuzhuangwangdian | A1O93JQNGHT0LU |
| 23 | Bomingrui Store | A1PP2M593DHAD5 |
| 24 | Chocohuixin | A1PYM1AH02KQ29 |
| 25 | Rizai Official | A1SXN7DF8HJQKY |
| 26 | Daofaith US | A1U821Y9I9E7Y9 |
| 27 | Jdzeyukk US (7-14 Days Delivery) | A1UHNSMJFZW5WS |
| 28 | segwewg025 | A1V0SEJ2V8KUML |
| 29 | ROngzhi | A1VXLETUH21S8A |
| 30 | ÈôïË•øÊµ∑ÉúàÂß¨ÁîúÁΩëÁªªúÁÁßëÊäÄÉúâÈôêÂÖ¨Âè∏ | A1W00XL01YJRD |
| 31 | MAYUB | A20BYUG656KLLI |
| 32 | Ramiraze Elegant LifeStyle | A228VVPGEZT0WW |
| 33 | BAISHIDA-US | A22D8PJD6SY3S0 |
| 34 | ÁëûÂÆâÈìð¬≥Áîµ¬≠êÂïÜÂä°ÊúâÈôêÂÖ¨Âè∏ | A23H8DOF4UA11I |
| 35 | DQianQ | A23U8TUWJP8COI |
| 36 | AIBEYOU | A23XPVQ5ISQXHD |
| 37 | hjkl987654 | A25AV849GFU6XG |

8

| 38 | CROST | A29TB2OR2ZL73B |
|---|---|---|
| 39 | SanHaoXiong | A2ACH7SWCWRT6T |
| 40 | ZHENG JUAN | A2BBXISM4V0H73 |
| 41 | Daisy and Lucy | A2BD5V7P0B4MKV |
| 42 | BOKI tech | A2BFL05I68MAW6 |
| 43 | Fengwan Electronic commerce | A2GPT1Z9BO224W |
| 44 | HNHEMING | A2HLZTTLI9D8YG |
| 45 | Socosun | A2JYLOEJYOT7OB |
| 46 | Living By Parise | A2MEA85SQY505H |
| 47 | Yuxuanzen | A2PG2395T8N8C |
| 48 | yunxiaoxianjidingbaihuodian | A2QBXDG2J6QYRZ |
| 49 | Zhenliyin | A2ROCGBU8YDNDZ |
| 50 | YeFangKun**DP | A2SFBWN2BH2SBS |
| 51 | Besot crystal | A2T7EGAD45QSR1 |
| 52 | Lovely-US | A2U06B8UJKI46M |
| 53 | Bulletgxll | A2UOOUUECNKETT |
| 54 | JiaoLongW | A2UQHUGC953SLZ |
| 55 | Huwennkin99 | A2V71G1OHF3KIE |
| 56 | SenML | A2VP9QT3BPTTRZ |
| 57 | Aqua Watts | A307QMDBWQ1UQC |
| 58 | Ling Guan | A31263CIV7M7QD |
| 59 | XComfort Direct | A31TVMB2ZMM0WX |
| 60 | Qiao Li Pan MK Shop | A32S01U9UL7NG8 |
| 61 | VunKo | A33GSTJ5PEOXZF |
| 62 | Ewixni | A36GR8QAXQ20UI |
| 63 | wiseworldstore | A37KGFUD6E0489 |
| 64 | beimeikun | A3API743RK80FX |
| 65 | ‰⌐äÊµ∑ÈáëÈÄâÊôʃ | A3BJ7AC13MVOE0 |
| 66 | QJJ Cake | A3D92MII5F6Q61 |
| 67 | Moneyla | A3F89DRPSWCYIX |
| 68 | ONLYONEE | A3H79W3FU31MUE |
| 69 | noalng | A3KKPTBNNBP1T1 |
| 70 | SHYKEY | A3M2M3USWGMJDN |
| 71 | huangshengjia | A3MBM23V7EJE96 |
| 72 | dwstrade2022 | A3N86ETM9Q99N0 |
| 73 | yang zhi can | A3PO51LUCXUYG8 |
| 74 | BSDWORLD | A3RK2J08A0AOOV |
| 75 | FANG SHUANGYAN | A3SKKME5OJECKK |
| 76 | AYAN FASHION STORE | A3VULQPK4T9VTV |

9

| 77  | SOFEXM | A58MHWDFYYY3H |
|-----|--------|---------------|
| 78  | Ecom-Home | A7530ESOHDU6U |
| 79  | GoSmart1 | A8R1EUUKT42LZ |
| 80  | SnyueStore | ABC9DMGFH2URE |
| 81  | EDEM SHOP | AHB4AS423GSEW |
| 82  | QKELIM | AHRM8UONTRFDZ |
| 83  | Hercart | AIE9RNAD477B6 |
| 84  | chunxin | AIEAEGGKDINCT |
| 85  | jiangqiushangmao | AKWMSKYDPGD70 |
| 86  | JandC,Äò | ALCXXAQZARG6M |
| 87  | VINTAGE VOGUE 71 | ALD0KAJG58VAV |
| 88  | BEREKAI | ALOFV72I7HE6R |
| 89  | ZREGGUR | AMCZP6H2KGJ2H |
| 90  | chengdujiyoujishangmaoyouxiangongsi | AOSPB3FBKQQED |
| 91  | YoungHZ | AQ1AM5AVPMWLE |
| 92  | vtgdyeww | ARIUTT66L1UTT |
| 93  | SENYURI | ARQ3QW4LR3UVD |
| 94  | LUMBLEY | ASSIBYK6TH2WA |
| 95  | Yogayet | ATHGE2ZS85NCS |
| 96  | RAXCX | AVKKFJJ6VVVNS |
| 97  | Lvliang Lishi District Kaixuan Electronic Products | AWG2LTKH97TCY |
| 98  | tongshanxianhaiyangbaihuodian | AWTUEP81HVJG5 |
| 99  | xinshaoxiantanfuxiangyuxinbaihuodian | AY92SL0YSMYG0 |
| 100 | calalilly-4 | calalilly-4 |
| 101 | dressystaronline | dressystaronline |
| 102 | fadacaitop | fadacaitop |
| 103 | homestyles05 | homestyles05 |
| 104 | jinyi9397 | jinyi9397 |
| 105 | myposh8 | myposh8 |
| 106 | top-gift-2017 | top-gift-2017 |
| 107 | vaa6137 | vaa6137 |
| 108 | ylj_3005 | ylj_3005 |
| 109 | TYUANYANG General | 3726363171 |
| 110 | matianling jiaju | 4424855738 |
| 113 | SIPSTER | sipster.se |
| 114 | NEW TAG | 117589590209 |
| 115 | pinyutoys | 120413630513 |
| 116 | VWPARTS | 253747509588 |
| 117 | RELLO TOY | 2575827155869 |

| 118 | GEMFUL | 27434552008 |
|---|---|---|
| 119 | SAKURA TRAIN COLLECTION | 274882056299 |
| 120 | QKELIM | 2754001865120 |
| 121 | YSC Home | 31432356097 |
| 122 | vigo | 3597678204012 |
| 123 | Yazen Shop | 4840584441564 |
| 124 | NEPLUS | 5142662753517 |
| 125 | Jayden cool shop | 5184341505540 |
| 126 | XYZ Home | 5295738144703 |
| 127 | Jun creek | 560929275662 |
| 128 | Artistic Lfie | 5650859086687 |
| 129 | YoJoy | 5736622952333 |
| 130 | Rocky Tumbler | 5769063605393 |
| 131 | Allbottle | 5781826436322 |
| 132 | Hangzhou Yiheda Technology Co | 6228541986278 |
| 133 | GlFUBOWA | 6319846829184 |
| 134 | IMC Shopping | 634418209597066 |
| 135 | AOBOBEIYE | 634418209921259 |
| 136 | NEFF | 634418210840497 |
| 137 | Home home home | 634418210846414 |
| 138 | Morishimas Live Shop | 634418211063201 |
| 139 | High Pretty | 634418211325138 |
| 141 | SERENITY DRINKWARE | 634418211622619 |
| 142 | personalcreations | 634418212869579 |
| 144 | Misstwo | 634418214559831 |
| 145 | AIEIKSIX | 634418214645607 |
| 146 | Jlin Shop | 905530420184 |
| 147 | CloudCart | 95712430330 |
| 148 | VISLAND | 101043403 |
| 150 | PARACITY Direct | 101183433 |
| 153 | Treasure Sky Store | 101204430 |
| 154 | YAWAN Co.Ltd | 101223879 |
| 155 | ZD Shopping Mall  Co.Ltd | 101228380 |
| 156 | BEAU HOME | 101238646 |
| 157 | JoyfulMart | 101240662 |
| 158 | Likede Store | 101242576 |
| 159 | XDASG | 101247976 |
| 161 | Ludlz | 101266801 |
| 164 | PeanutsPaint Company | 101280117 |

| 165 | SupergoodNo1 | 101289821 |
|---|---|---|
| 172 | KUNGU Co.Ltd | 101326024 |
| 174 | Maoxinze Official | 101345355 |
| 175 | laukyu | 101420345 |
| 177 | HengJia | 101522382 |
| 182 | shengsuosi industry | 101542636 |
| 185 | WHLECA | 101550077 |
| 193 | Balieda Co.Ltd | 101591856 |
| 194 | Yueyihe | 101598222 |
| 195 | zhijiangshixianzoumao | 101607774 |
| 196 | chengdushengqinanshangmao | 101608829 |
| 197 | Binzou | 101610561 |
| 198 | Binzhouyucong | 101610822 |
| 200 | Sea Ying Garden Co., Ltd | 101621866 |
| 203 | People's Clothing | 101640184 |
| 204 | Flying Clothing | 101640207 |
| 205 | kunmingchengui | 101642286 |
| 206 | Tehtuy | 101661855 |
| 207 | YjlE STORE | 101674449 |
| 208 | Hexiang Packaging Co., Lt | 101675200 |
| 209 | Fly shop | 549d63d640b3781a59080fb6 |
| 210 | iDigital | 55b08e1aa13a384071eb0531 |
| 211 | Jason Store2017 | 58ad554ee5177c50735bc9c3 |
| 212 | Dedicated To Comfort | 5ac199059c15ff6cb7d0c98c |
| 213 | cuongeuro | 5db908f69f99cc05375301c8 |
| 214 | minggao store | 5ed4b997c1546d3142f5efd4 |
| 215 | Shenzhen Fenghua Sitong Trading Co., Ltd. | 13260 |
| 216 | Shenzhen Juyuan Xunnuo Technology Co., Ltd. | 9292 |
| 217 | Shenzhen Hongfu Wuzhou Technology Co., Ltd. | 14285 |
| 218 | Shenzhen Hongfu Wuzhou Technology Co., Ltd. | 9324 |
| 219 | Shenzhen Haopaimei Technology Co., Ltd. | 14401 |
| 220 | Shenzhen Qianhua Trading Co., Ltd. | 8173 |