IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Real Value, LLC ) | |
| ) | Case No. 24-cv-4129 |
| v. ) | |
| ) | Judge: Hon. Matthew F. Kennelly |
| THE PARTNERSHIPS and ) | |
| UNINCORPORATED ASSOCIATIONS ) | Magistrate: Hon. Jeffrey T. Gilbert |
| IDENTIFIED ON SCHEDULE A ) | |
| ) | |

**Voluntary Dismissal**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff hereby notify this Court that the Plaintiff, Dreams USA, Inc., voluntarily dismiss any and all claims against defendants without prejudice:

| Doe | Store | Merchant ID |
|---|---|---|
| 139 | High Pretty | 634418211325138 |
| 196 | chengdushengqinanshangmao | 101608829 |
| 198 | Binzhouyucong | 101610822 |
| 204 | Flying Clothing | 101640207 |
| 205 | kunmingchengui | 101642286 |
| 206 | Tehtuy | 101661855 |
| 208 | Hexiang Packaging Co., Lt | 101675200 |

Dated: August 25, 2024  Respectfully submitted,

By:  s/David Gulbransen/
David Gulbransen
Attorney of Record

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
david@gulbransenlaw.com